IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02561-DME-KLM

TERRY TYLER,

Plaintiff,

v.

A.W.J. JONES, Acting Warden,
CAPTAIN CHRIS, and
UNIT MANAGER DERR,

Defendants.

_____

**MINUTE ORDER**

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion of Special Notice to the Court**
[Docket No. 24; Filed February 9, 2010] (the "Motion").

In the Motion, Plaintiff states that he wants the Court to "see" that the facts of his
case are identical to those of a case from another circuit.  He also cites 28 C.F.R. § 541.22
and quotes portions of it.  Plaintiff's Motion does not comply with Federal Rule of Civil
Procedure 7(b)(1), which requires that a motion "state with particularity the grounds for
seeking the order . . . and state the relief sought."  Accordingly,

IT IS **ORDERED** that the Motion is **DENIED without prejudice**.

Dated:  February 9, 2010