IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02561-DME-KLM

TERRY TYLER,

      Plaintiff,

v.

A.W.J. JONES, Acting Warden,
CAPTAIN CHRIS, and
UNIT MANAGER DERR,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion of Statement to be Placed in the Record** [Docket No. 36; Filed February 25, 2010] (the "Motion").

      In the Motion, Plaintiff asserts that Defendants have violated 28 C.F.R. § 541.22. Although the filing is styled as a motion, Plaintiff makes no request for relief.  Plaintiff is cautioned that filing a statement in the record results in no action by the Court.  Plaintiff must make clear to the Court what action he is asking the Court to take.  *See* Fed.R.Civ.P. 7.  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

Dated:  February 26, 2010